# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0421

_____

ROGER MILLER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

June 5, 2018

PER CURIAM.

   DISMISSED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roger Miller, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.